DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NORRIS CLEMONS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3656

[February 22, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 12000042CF10A.

Norris Clemons, Orlando, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***